## STATE OF CONNECTICUT *v.* JEFFREY PIERCE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 69 Conn. App. 516 (AC 19692), is granted, limited to the following issues:

"1. Did the Appellate Court properly invoke the 'plain error' doctrine in this case?

"2. Did the Appellate Court properly construe General Statutes § 54-254 (a)?

"3. Did the Appellate Court properly reverse the requirement that the defendant register as a sexual offender and order a hearing to determine whether the defendant committed the offense of kidnapping for a sexual purpose?"

The Supreme Court docket number is SC 16826.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

Decided September 5, 2002

## ROBERT ANASTASIO *v.* MAIL CONTRACTORS OF AMERICA, INC., ET AL.

The cross petition by the defendant second injury fund for certification for appeal from the Appellate Court, 69 Conn. App. 385 (AC 20019), is denied.

*J. Sarah Posner*, assistant attorney general, in support of the petition.

Decided September 5, 2002